UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SENRICK WILKERSON,            )<br>                               )<br>        Plaintiff,             )<br>                               )<br>VS.                            )<br>                               )<br>STATE PROSECUTOR BROOKE B.    )<br>GRONA-ROBB,                    )<br>                               )<br>        Defendant.             ) | CIVIL ACTION NO.<br><br>3:15-CV-2162-G (BH) |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned district judge is of the opinion that the findings and conclusions of the magistrate judge are correct and they are accepted as the findings and conclusions of the court.

Defendant's motion to dismiss under Rule 12(b)(1), filed July 13, 2015 (docket entry 10), is **DENIED**, and her motion to dismiss under Rule 12(b)(6) based

on a prior sanction order is **DENIED**. Her motion to dismiss under Rule 12(b)(6) under *Heck v. Humphrey*, 512 U.S. 477 (1994) is **GRANTED**. By separate judgment, this case will be dismissed with prejudice to being asserted again until the *Heck* conditions are met, and the following **SANCTION** will be **IMPOSED**:

> Senrick Wilkerson is prohibited from proceeding with any civil action in this court whether he files it in this court, he files it in another court and it is removed to this court, or he files in another federal court and it is transferred to this court, unless he obtains leave to proceed from a district judge or magistrate judge of this court.

If a civil action is removed or transferred to this court, the case will be subject to summary dismissal unless, within 30 days of the date of removal or transfer, Wilkerson seeks, in writing, leave to proceed from a district judge or magistrate judge of this court.

SO ORDERED.

March 7, 2016.

*[signature]*
**A. JOE FISH
Senior United States District Judge**